```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DENNIS YASINOSKI,

                    Plaintiff,                                  ORDER
          - against -                                    07-CV-2573 (RRM) (AKT)

CONNECTICUT GENERAL LIFE INSURANCE CO.,
TRANSPORT WORKERS UNION OF AMERICA,
AFL-CIO, EMPLOYEES OF AMERICAN AIRLINES,

                    Defendants.
------------------------------------------------------------------X
```
MAUSKOPF, United States District Judge.

By Motion filed April 9, 2010, Defendants moved for Summary Judgment. By Order entered April 13, 2010, this Court referred that motion to the assigned Magistrate Judge, the Honorable A. Kathleen Tomlinson, for a Report and Recommendation. On February 22, 2011, Magistrate Judge Tomlinson electronically filed her Report and Recommendation (the "R&R") recommending that Defendants' motion be denied. The Magistrate Judge reminded the parties that, pursuant to Rule 72(b), objections to the R&R shall be filed electronically within 14 days of the date the R&R was served, in this case, by March 8, 2011. No party has filed any objections.

Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed for clear error the Magistrate Judge's well-reasoned and comprehensive R&R and, finding none, concurs with the R&R in its entirety. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007). Accordingly, this Court adopts the recommendation set forth therein, and hereby ORDERS that Defendant's Motion for Summary Judgment [29] is DENIED.

Moreover, in light of the Magistrate Judge's Order entered on February 9, 2010 [28], the parties are ORDERED to submit an amended proposed Joint Pre-Trial Order within fourteen (14) days of issuance of this decision, and this matter is recommitted to the supervision of the

Magistrate Judge for resolution of all remaining pre-trial matters and any settlement discussions that the parties believe could be facilitated by the Court.

SO ORDERED.

Dated: Brooklyn, New York
March 9, 2011

/S/
_____
ROSLYNN R. MAUSKOPF
United States District Judge